UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:CR-21-136 |
| JOMAR IVORY, | : (JUDGE MANNION) |
| Defendant | : |

### ORDER

Based on the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Defendant Ivory's appeal of his conviction and the judgment of sentence imposed by the Magistrate Judge on October 12, 2021, **(Doc. 54)**, is **DENIED IN ITS ENTIRETY**.

**(2)** The Magistrate Judge's judgment imposing a sentence on defendant Ivory of 18-months' imprisonment, **(Doc. 49)**, is **AFFIRMED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: September 29, 2022
21-136-01-Order